BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
LAUREL J. MONTOYA
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>                              )<br>JOSEPH S. TYLER,              )<br>                              )<br>                              )<br>            Defendant.        )<br>_____) | NO. 1:08-cr-00224 OWW<br><br>GOVERNMENT'S MOTION AND ORDER TO DISMISS SECOND SUPERSEDING INDICTMENT |

   Pursuant to paragraph 9 of the Deferred Prosecution Agreement between the United States of America and defendant Joseph S. Tyler, the United States of America hereby moves to dismiss the Second Superseding Indictment in this case as to the above-named defendant in the interests of justice.

Dated: October 18, 2010            Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   By /s/
                                     MARK E. CULLERS
                                   Assistant U. S. Attorney

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00224 OWW |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO DISMISS SECOND |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| JOSEPH S. TYLER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In the interests of justice, and upon motion by the United States, the above-named Second Superseding Indictment as against defendant Joseph S. Tyler, is hereby DISMISSED with prejudice in the interests of justice.

IT IS SO ORDERED.

**Dated:   October 21, 2010**            /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

2